[Civ. No. 1042.   Third Appellate District.—December 3, 1912.]

FRANK R. DEVLIN, Petitioner, v. ARTHUR WRIGHT and Others, Members of the Board of Supervisors of San Joaquin County et al., Respondents.

PRESIDENTIAL ELECTION—CANVASS OF RETURNS—RETURNS TO SECRETARY OF STATE—MANDAMUS DISALLOWED.—By stipulation in open court, the writ of *mandamus* is denied on the authority of *Devlin* v. *Donnelly, ante,* p. 495.

PETITION for Writ of Mandate to the Board of Supervisors of San Joaquin County.

Charles O. Busick, and Clinton L. White, for Petitioner.

Hugh B. Bradford, and J. Q. Brown, for Respondents.

THE COURT.—By stipulation, in open court, it was agreed that the decision in the case of *Frank R. Devlin* v. *J. H. Donnelly et al.* (No. 1041), *ante,* p. 495 [129 Pac. 607], should be determinative of the decision in this case. On the authority of that case, the writ is denied.